# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

American Efficient LLC and Affirmed Energy LLC )
       Plaintiff(s), )
)   **Case No.:** 1:25-cv-68
v. )
Federal Energy Regulatory Commission, et al. )
       Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

American Efficient LLC    who is    Plaintiff,

(Name of Party)      (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes      (✔) No

2. Does party have any parent entities?

    (✔) Yes      ( ) No

If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____

American Efficient LLC is a wholly owned subsidiary of AmEff Holdings Inc., which is a wholly owned subsidiary of MIH LLC, which is a wholly owned subsidiary of MIH Energy Holdings LLC, which is a wholly owned subsidiary of Modern Energy Group LLC

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

   (✔) Yes    ( ) No

   If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: Affirmed Energy LLC, American Efficient Origination LLC, Midcontinent Energy LLC and Wylan Management Partners L.L.C. are subsidiary entities.

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes    (✔) No

   If yes, identify all such owners:

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes    (✔) No

   If yes, identify entity and nature of interest:

6. In all cases, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of American Efficient LLC and, in diversity cases, their states of citizenship:
   (name of LLC or LP party)

   | AmEff Holdings Inc. | |
   | (name of member or partner) | (state of citizenship) |
   | | |
   | (name of member or partner) | (state of citizenship) |
   | | |
   | (name of member or partner) | (state of citizenship) |
   | | |
   | (name of member or partner) | (state of citizenship) |

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

| /s/ Mark A. Hiller | January 29, 2025 |
|---|---|
| (Signature) | (Date) |

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system and additionally, the foregoing will be served on the following by certified mail:

Office of the Secretary
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

Mark C. Christie
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

Willie L. Phillips
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

David Rosner
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

Lindsay S. See
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

Judy W. Chang
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

U.S. Attorney's Office for the Middle District of North Carolina
Civil Process Clerk
101 S. Edgeworth Street
4th Floor
Greensboro, NC 27401

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001


Respectfully submitted this 29th day of January, 2025.

        /s/ Mark A. Hiller

        Mark A. Hiller
        N.C. Bar No. 50004
        Robinson, Bradshaw & Hinson, P.A.
        1450 Raleigh Road
        Chapel Hill, NC 27517
        Phone: (919) 328-8800
        Fax: (919) 328-8791
        mhiller@robinsonbradshaw.com

        Cary B. Davis
        N.C. Bar No. 36172
        Robinson, Bradshaw & Hinson, P.A.
        101 N. Tryon Street, Suite 1900
        Charlotte, NC 28246
        Phone: (704) 377-2536
        cdavis@robinsonbradshaw.com

        Seth P. Waxman[*]
        Kelly P. Dunbar[*]
        Wilmer Cutler Pickering
           Hale and Dorr LLP
        2100 Pennsylvania Avenue N.W.
        Washington, D.C. 20037
        Phone: (202) 663-6000
        Fax: (202) 663-6363
        seth.waxman@wilmerhale.com

kelly.dunbar@wilmerhale.com

Suedeen G. Kelly*
John N. Estes, III*
Jenner & Block LLP
1099 New York Avenue N.W.
   Suite 900
Washington, D.C. 20001
Phone: (202) 639-6000
skelly@jenner.com
jestes@jenner.com

*Attorneys for Plaintiffs American Efficient LLC and Affirmed Energy LLC*

*Local Rule 83.1(d) special appearance forthcoming.