IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| American Efficient LLC and Affirmed Energy LLC,<br><br>              Plaintiffs,<br><br>      v.<br><br>Federal Energy Regulatory Commission; Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, *in their official capacities as Commissioners of the Federal Energy Regulatory Commission*,<br><br>              Defendants. | Case No. 1:25-cv-68<br><br>**PLAINTIFFS' NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Seth P. Waxman hereby enters a notice of special appearance as attorney for plaintiffs American Efficient LLC and Affirmed Energy LLC in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorneys Mark A. Hiller and Cary B. Davis.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Respectfully submitted this 30th day of January, 2025.

1

/s/ *Seth P. Waxman*

Seth P. Waxman
Wilmer Cutler Pickering
    Hale and Dorr LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Phone: (202) 663-6000
seth.waxman@wilmerhale.com

Mark A. Hiller
N.C. Bar No. 50004
Robinson, Bradshaw & Hinson, P.A.
1450 Raleigh Road
Chapel Hill, NC 27517
Phone: (919) 328-8800
MHiller@robinsonbradshaw.com

Cary B. Davis
N.C. Bar No. 36172
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St, Suite 1900
Charlotte, NC 28246
Phone: (704) 377-2536
CDavis@robinsonbradshaw.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system and additionally, the foregoing will be served on the following by certified mail:

Office of the Secretary
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

Mark C. Christie
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

Willie L. Phillips
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

David Rosner
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

Lindsay S. See
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

Judy W. Chang
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

U.S. Attorney's Office for the Middle District of North Carolina
Civil Process Clerk

3

101 S. Edgeworth Street
4th Floor
Greensboro, NC 27401

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001


Respectfully submitted this 30th day of January, 2025.

/s/ *Seth P. Waxman*

Seth P. Waxman
Wilmer Cutler Pickering
   Hale and Dorr LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Phone: (202) 663-6000
seth.waxman@wilmerhale.com

Mark A. Hiller
N.C. Bar No. 50004
Robinson, Bradshaw & Hinson, P.A.
1450 Raleigh Road
Chapel Hill, NC 27517
Phone: (919) 328-8800
MHiller@robinsonbradshaw.com

Cary B. Davis
N.C. Bar No. 36172
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St, Suite 1900
Charlotte, NC 28246
Phone: (704) 377-2536
CDavis@robinsonbradshaw.com

4