IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
AMERICAN EFFICIENT LLC and      )
AFFIRMED ENERGY LLC,            )
                                )
              Plaintiffs,       )
                                )
     v.                         )     1:25CV68
                                )
FEDERAL ENERGY REGULATORY       )
COMMISSION; MARK C. CHRISTIE,   )
WILLIE L. PHILLIPS, DAVID       )
ROSNER, LINDSAY S. SEE, and     )
JUDY W. CHANG, in their official)
Capacities as Commissioners of the )
Federal Energy Regulatory       )
Commission,                     )
                                )
              Defendants.       )
```

**ORDER**

Upon motion of Plaintiffs American Efficient LLC and Affirmed Energy LLC (collectively, "American Efficient") and Defendants Federal Energy Regulatory Commission, Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, in their official capacities as Commissioners of the Federal Energy Regulatory Commission for entry of a briefing schedule on Plaintiffs' Motion for a Preliminary Injunction (Doc. 15), and for good cause shown,

IT IS HEREBY ORDERED that Defendants shall file any opposition to Plaintiffs' motion for a preliminary injunction by March 3, 2025, and Plaintiffs shall file any reply by March 10, 2025.

/s/   Thomas D. Schroeder
United States District Judge

February 12, 2025