# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

American Efficient LLC and
Affirmed Energy LLC,

                          Plaintiffs,

            v.

Federal Energy Regulatory Commission,
Mark C. Christie, Willie L. Phillips, David
Rosner, Lindsay S. See, and Judy W. Chang,
*in their official capacities as Commissioners
of the Federal Energy Regulatory
Commission*,

                          Defendants.

Case No. 1:25-cv-00068-TDS-JEP

<u>**AFFIDAVIT OF SERVICE**</u>

Mark A. Hiller, being first duly sworn, says:

    1.    I am an attorney for Plaintiffs American Efficient LLC and Affirmed Energy LLC in this action.

    2.    On January 31, 2025, pursuant to Federal Rule of Civil Procedure 4(i)(1) and (2), I served copies of the Summons in a Civil Action and Plaintiffs' Complaint in this action, as well as Plaintiffs' Motion for a Preliminary Injunction, Plaintiffs' Memorandum in Support of Motion for a Preliminary Injunction, Declaration of F. Bo Clayton Jr. in Support of Plaintiffs' Motion for a Preliminary Injunction, Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation for Plaintiff American Efficient LLC, Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation for Plaintiff Affirmed Energy LLC, Notice of

Appearance of Cary B. Davis, Plaintiffs' Notice of Special Appearance of Seth P. Waxman, Plaintiffs' Notice of Special Appearance of Kelly P. Dunbar, Plaintiffs' Notice of Special Appearance of Suedeen G. Kelly, Plaintiffs' Notice of Special Appearance of John N. Estes, III, Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge, the Court's January 31, 2025 docket entry stating the case assignment to Judge Thomas D. Schroeder and Magistrate Judge Joi Elizabeth Peake, and the Court's January 31, 2025 docket entry referring the case to mediation (collectively, the "Process, Filings, and Notices"), by certified mail on the Defendants in this action at the following addresses:

> Office of the Secretary
> Federal Energy Regulatory Commission
> 888 First Street NE
> Washington, D.C. 20426

> Mark C. Christie
> Federal Energy Regulatory Commission
> 888 First Street NE
> Washington D.C. 20426

> Willie L. Phillips
> Federal Energy Regulatory Commission
> 888 First Street NE
> Washington, D.C. 20426

> David Rosner
> Federal Energy Regulatory Commission
> 888 First Street NE
> Washington, D.C. 20426

> Lindsay S. See
> Federal Energy Regulatory Commission
> 888 First Street NE
> Washington, D.C. 20426

Judy W. Chang
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

3.    On January 31, 2025, pursuant to Federal Rule of Civil Procedure 4(i)(1) and (2), I also served copies of the Process, Filings, and Notices by certified mail on the following:

U.S. Attorney's Office for the Middle District of North Carolina
Civil Process Clerk
101 S. Edgeworth Street
4th Floor
Greensboro, NC 27401

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

4.    On February 6, 2025, Defendant Federal Energy Regulatory Commission received a copy of the Process, Filings, and Notices as evidenced by the return delivery receipt attached hereto as **Exhibit A**.

5.    On February 6, 2025, Defendant Willie L. Phillips received a copy of the Process, Filings, and Notices as evidenced by the certified mail receipt with tracking number and USPS tracking report attached hereto as **Exhibit B**.

6.    On February 6, 2025, Defendant David Rosner received a copy of the Process, Filings, and Notices as evidenced by the certified mail receipt with tracking number and USPS tracking report attached hereto as **Exhibit C**.

7. On February 7, 2025, Defendant Lindsay S. See received a copy of the Process, Filings, and Notices as evidenced by the certified mail receipt with tracking number and USPS tracking report attached hereto as **Exhibit D**.

8. On February 7, 2025, Defendant Judy W. Chang received a copy of the Process, Filings, and Notices as evidenced by the certified mail receipt with tracking number and USPS tracking report attached hereto as **Exhibit E**.

9. On February 7, 2025, the U.S. Attorney's Office for the Middle District of North Carolina received a copy of the Process, Filings, and Notices as evidenced by the return delivery receipt attached hereto as **Exhibit F**.

10. On February 7, 2025, the Attorney General of the United States received a copy of the Process, Filings, and Notices as evidenced by the return delivery receipt attached hereto as **Exhibit G**.

11. At this time, I have not received evidence that Defendant Mark C. Christie received the Process, Filings, and Notices through the service described on him above.

12. This affidavit is made in accordance with Rule 4(*l*)(1) of the Federal Rules of Civil Procedure.

[Signature page follows]

_____
Mark A. Hiller
N.C. Bar No. 50004
ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Road
Suite 100
Chapel Hill, NC 27517
Phone: (919) 328-8800
mhiller@robinsonbradshaw.com


Sworn to and subscribed before me this
28 day of February, 2025.

My commission expires: 4|17|2028

Vanessa Williams
Notary Printed Name

Vanessa Williams
Notary Signature

[SEAL]

VANESSA WILLIAMS
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires 4|17|2028

# EXHIBIT A



US Postal Service®
**Certified Mail® Receipt**

*Domestic Mail Only
No Insurance
Coverage Provided*

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2977 5637 43

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ 18.00 |

USPS DOWNTOWN STATION
Postmark
Here
JAN 31 2025
E NC 28204

Sent To:

Office of the Secretary
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

PS Form 3800, April 2015      **SEE REVERSE FOR INSTRUCTIONS**

26870. 0014 E. Deal

2

| Return Receipt Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9266 9904 2977 5637 46 | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| **2. Certified Mail® Article Number**<br>9414 7266 9904 2977 5637 43 | B. Received by (Printed Name) | C. Date of Delivery |
| **3. Service Type: CERTIFIED MAIL** | D. Is delivery address different from item 1? | ☐ Yes |
| **4. Restricted Delivery?** *(Extra Fee)* ☐ Yes | If YES, enter delivery address below: | ☐ No |
| **1. Article Addressed to:**<br><br>Office of the Secretary<br>Federal Energy Regulatory Commission<br>888 First Street NE<br>Washington, D.C. 20426 | 2025 FEB -6 P 3: 22<br>SECRETARY OF THE<br>FILED | |

PS Form 3811, Facsimile, July 2015       Domestic Return Receipt

# EXHIBIT B

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2971 6803 61

**US Postal Service®**

**Certified Mail® Receipt**

*Domestic Mail Only*
*No Insurance*
*Coverage Provided*

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ 18.85 |

USPS DOWNTOWN STATION
Postmark Here
JAN 31 2025
CHARLOTTE NC 28204

Sent To:

Willie L. Phillips
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

PS Form 3800, April 2015          SEE REVERSE FOR INSTRUCTIONS

Elise Deal   26870.00014

2

# USPS Tracking®

FAQs >

**Tracking Number:**

**9414726699042971680361**

Remove ✕

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:33 pm on February 6, 2025 in WASHINGTON, DC 20426.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20426
February 6, 2025, 12:33 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT C

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2971 6803 47

**US Postal Service®**
**Certified Mail® Receipt**
*Domestic Mail Only*
*No Insurance*
*Coverage Provided*

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ 18.15 |

USPS DOWNTOWN STATION
Postmark Here
JAN 31 2025
CHARLOTTE NC 28204

Sent To:

David Rosner
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

PS Form 3800, April 2015

Elise Deal   26070.00014

SEE REVERSE FOR INSTRUCTIONS

2

# USPS Tracking®

Tracking Number:                                                           Remove ✕

## 9414726699042971680347

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:33 pm on February 6, 2025 in WASHINGTON, DC 20426.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20426
February 6, 2025, 12:33 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT D



US Postal Service®

**Certified Mail® Receipt**

*Domestic Mail Only*
*No Insurance Coverage Provided*

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2977 5636 82

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ 18.5_ |

Sent To:

Lindsay S. See
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

PS Form 3800, April 2015          **SEE REVERSE FOR INSTRUCTIONS**

E.Deal    26070. 00014                    2

# USPS Tracking®

Tracking Number:                                                           Remove ✕

## 9414726699042977563682

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:51 am on February 7, 2025 in WASHINGTON, DC 20426.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20426
February 7, 2025, 11:51 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                      ⌄

**USPS Tracking Plus®**                                                        ⌄

**Product Information**                                                        ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT E



US Postal Service®

**Certified Mail® Receipt**

Domestic Mail Only
No Insurance Coverage Provided

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| Total Postage & Fees | $ 18.55 |

USPS DOWNTOWN STATION
JAN 31 2025
Postmark Here
CHARLOTTE NC 28204

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2977 5636 99

Sent To:

Judy W. Chang
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426

PS Form 3800, April 2015 **SEE REVERSE FOR INSTRUCTIONS**

Elise Deal 26870.00014

②

# USPS Tracking®

FAQs ❯

Tracking Number:                                                          Remove ✕

## 9414726699042977563699

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:51 am on February 7, 2025 in WASHINGTON, DC 20426.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20426
February 7, 2025, 11:51 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT F

**US Postal Service®**
**Certified Mail® Receipt**

Domestic Mail Only
No Insurance Coverage Provided

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2977 5637 05

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ 18.85 |

USPS DOWNTOWN STATION
JAN 3 1 2025
CHARLOTTE
Postmark Here
3204

Sent To:
U.S. Attorney's Office
for the Middle District of North Carolina
Civil Process Clerk
101 S. Edgeworth Street
4th Floor
Greensboro, NC 27401

PS Form 3800, April 2015          **SEE REVERSE FOR INSTRUCTIONS**

Elise Deal   26870.00014

2

**Return Receipt Article Number**

9590 9266 9904 2977 5637 08

**2. Certified Mail® Article Number**

9414 7266 9904 2977 5637 05

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

U.S. Attorney's Office
for the Middle District of North Carolina
Civil Process Clerk
101 S. Edgeworth Street
4th Floor
Greensboro, NC 27401

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☑ Agent
☐ Addressee

B. Received by (Printed Name) _Wallace_

C. Date of Delivery 2/7/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Domestic Return Receipt

# EXHIBIT G



US Postal Service®
**Certified Mail® Receipt**
*Domestic Mail Only*
*No Insurance*
*Coverage Provided*

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2977 5637 29

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ 18.85 |

Sent To:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

PS Form 3800, April 2015      **SEE REVERSE FOR INSTRUCTIONS**

Elise Deal 26870.00014

2

USPS DOWNTOWN STATION
Postmark
Here
JAN 31 2025
CHARLOTTE NC 28204

| Return Receipt Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| | A. Signature X _[signature]_ | ☐ Agent ☐ Addressee |
| **9590 9266 9904 2977 5637 22** | B. Received by (Printed Name) FEB 0 7 REC'D | C. Date of Delivery |
| 2. Certified Mail® Article Number | D. Is delivery address different from item 1? | ☐ Yes |
| **9414 7266 9904 2977 5637 29** | If YES, enter delivery address below: | ☐ No |
| 3. Service Type: **CERTIFIED MAIL** | INSPECTED 28 | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |
| 1. Article Addressed to: | | |

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

PS Form 3811, Facsimile, July 2015                           Domestic Return Receipt