# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| American Efficient LLC and Affirmed Energy LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>Federal Energy Regulatory Commission, Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, *in their official capacities as Commissioners of the Federal Energy Regulatory Commission*,<br><br>        Defendants. | Case No. 1:25-cv-00068-TDS-JEP<br><br>**AFFIDAVIT OF SERVICE** |

Seth P. Waxman, being first duly sworn, says:

1. I am an attorney for Plaintiffs American Efficient LLC and Affirmed Energy LLC in this action.

2. On February 13, 2025, pursuant to Federal Rule of Civil Procedure 4(i)(2), I caused to be served copies of the Summons in a Civil Action and Plaintiffs' Complaint in this action, as well as Plaintiffs' Motion for a Preliminary Injunction, Plaintiffs' Memorandum in Support of Motion for a Preliminary Injunction, and Declaration of F. Bo Clayton Jr. in Support of Plaintiffs' Motion for a Preliminary Injunction, (collectively, the "Process and Filings"), by certified mail on Defendant Mark C. Christie at the following address:

Mark C. Christie
Federal Energy Regulatory Commission
888 First Street NE
Washington D.C. 20426

4. On February 14, 2025, Defendant Mark C. Christie received a copy of the Process and Filings as evidenced by the USPS tracking report attached hereto as **Exhibit A**.

12. This affidavit is made in accordance with Rule 4(*l*)(1) of the Federal Rules of Civil Procedure.

[Signature page follows]

_____
Seth P. Waxman[*]
WILMER CUTLER PICKERING HALE AND
 DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Phone: (202) 663-6000
seth.waxman@wilmerhale.com

Sworn to and subscribed before me this
28th day of February, 2025.
My commission expires: 7/31/26

Jody Carlson
Notary Printed Name

_____
Notary Signature

[SEAL]

_____

[*] Specially appearing pursuant to Local Rule 83.1(d)

# Exhibit A



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70160340000055347568

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:45 pm on February 14, 2025 in WASHINGTON, DC 20426.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20426
February 14, 2025, 12:45 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**