IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| American Efficient LLC and Affirmed Energy LLC,<br><br>    *Plaintiffs*,<br><br>              v.<br><br>Federal Energy Regulatory Commission; Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, in their official capacities as Commissioners of the Federal Energy Regulatory Commission,<br><br>    *Defendants*. | Case No. 1:25-cv-68 |

**NOTICE OF SPECIAL APPEARANCE**

Please take notice that the undersigned Nick Lawton hereby enters a notice of special appearance as attorney for Movant-Intervenor Citizens Utility Board of Illinois in the above-captioned matter pursuant to Local Rule 83.1(d), in association with attorney James L. Conner II, a member of the bar of this Court.

I certify that I will submit any document to the associated attorney for review prior to filing the document with the Court.

Dated: March 6, 2025

                                                  Respectfully submitted,

                                                  Nick Lawton
                                                  DC Bar No. 1046604
                                                  Earthjustice
                                                  1001 G Street, NW
                                                  Suite 1000
                                                  Washington, DC 20001
                                                  (202) 780-4835
                                                  nlawton@earthjustice.org

                                                  /s/ James L. Conner II
                                                  James L. Conner II

1

Calhoun, Bhella & Sechrest, LLP
N.C. Bar No. 12365
4819 Emperor Boulevard
Suite 400
Durham, NC 27703
(919) 887-2607
jconner@cbsattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing and all attachments with the Clerk of the Court using the Court's CM/ECF system.

Dated: March 6, 2025                                          Respectfully submitted,

                                                              /s/ Nick Lawton
                                                              Nick Lawton