IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMERICAN EFFICIENT LLC, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No: 1:25-CV-00068-TDS-JEP |
| FEDERAL ENERGY REGULATORY COMMISSION, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO MOTION TO INTERVENE**

Defendants Federal Energy Regulatory Commission, Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, in their official capacities as Commissioners of the Federal Energy Regulatory Commission (collectively, "FERC" or "Defendants"), hereby respond to the Citizens Utility Board of Illinois's Motion to Intervene (ECF 22). Although Defendants do not oppose the Motion, Defendants respectfully submit that intervention is unnecessary as Defendants will provide a fulsome defense of the challenged agency actions. Defendants would consent to the filing of an amicus brief.

Dated: March 25, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

-1-

Case 1:25-cv-00068-TDS-JEP    Document 29    Filed 03/25/25    Page 1 of 2

CHRISTOPHER R. HALL
Assistant Director
Federal Programs Branch

*/s/ Marianne F. Kies*
MARIANNE F. KIES
DC Bar No. 1023554
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-1819
Email: Marianne.F.Kies@usdoj.gov

*Counsel for Defendants*