# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| American Efficient LLC and Affirmed Energy LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>Federal Energy Regulatory Commission, Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, *in their official capacities as Commissioners of the Federal Energy Regulatory Commission*,<br><br>      Defendants. | Case No. 1:25-CV-68<br><br>**PLAINTIFFS' ADDENDUM OF SUBSEQUENTLY DECIDED AUTHORITY AND RELEVANT FACTUAL DEVELOPMENT** |

  Pursuant to Local Rule 7.3(i) and in reference to Plaintiffs' pending Motion for a Preliminary Injunction (ECF No. 2) and Memorandum in support of that Motion (ECF No. 3), Plaintiffs American Efficient LLC and Affirmed Energy LLC submit as subsequently decided authority *AT&T, Inc. v. FCC*, 2025 WL 1135280 (5th Cir. Apr. 17, 2025), attached as Exhibit 1.

  Plaintiffs also apprise the Court that on April 15, 2025, in the agency proceeding at issue in this action, FERC's enforcement staff submitted a filing to FERC urging FERC to "act as expeditiously as it can" and to "assess a civil penalty and order disgorgement promptly." A copy of the filing is attached as Exhibit 2.

1

Respectfully submitted this 18th day of April, 2025.

/s/ *Mark A. Hiller*
Mark A. Hiller
N.C. Bar No. 50004
Robinson, Bradshaw & Hinson, P.A.
1450 Raleigh Road
Suite 100
Chapel Hill, NC 27517
Phone: (919) 328-8800
mhiller@robinsonbradshaw.com

Cary B. Davis
N.C. Bar No. 36172
Robinson, Bradshaw & Hinson, P.A.
600 S. Tryon St.
Suite 2300
Charlotte, NC 28246
Phone: (704) 377-2536
cdavis@robinsonbradshaw.com

Seth P. Waxman[*]
Kelly P. Dunbar[*]
Wilmer Cutler Pickering
　　Hale and Dorr LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Phone: (202) 663-6000
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
kelly.dunbar@wilmerhale.com

Suedeen G. Kelly[*]
John N. Estes, III[*]
Jenner & Block LLP
1099 New York Avenue N.W.
　　Suite 900
Washington, D.C. 20001
Phone: (202) 639-6000
skelly@jenner.com

jestes@jenner.com

*Attorneys for Plaintiffs American Efficient LLC and Affirmed Energy LLC*

\*Specially appearing pursuant to Local Rule 83.1(d)

3