IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| American Efficient LLC and Affirmed Energy LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>Federal Energy Regulatory Commission; Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, in their official capacities as Commissioners of the Federal Energy Regulatory Commission,<br><br>*Defendants*. | Case No. 1:25-cv-68 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Christopher Eaton of Earthjustice, hereby enters a notice of appearance as local counsel for Movant-Intervenor Citizens Utility Board of Illinois in the above-captioned matter, pursuant to Local Rule 5.3(e).

Dated: August 6, 2025

Respectfully submitted,

*/s/ Christopher D. Eaton*
Christopher D. Eaton
N.C. Bar No. 57586
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340
ceaton@earthjustice.org

# CERTIFICATE OF SERVICE

  I hereby certify that on this day, I cause the foregoing document to be filed with the Clerk of the Court using the Court's CM/ECF system.

Dated: August 6, 2025

Respectfully submitted,

*/s/ Christopher D. Eaton*
Christopher D. Eaton
N.C. Bar No. 57586
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340
ceaton@earthjustice.org