# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

AMERICAN EFFICIENT LLC, et al

     v.

FEDERAL ENERGY
RUGULATORY COMMISSION, et al

Case Number:   1:25CV68

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

**PLACE:** Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC
**COURTROOM NO:** 2
**DATE & TIME:** October 10, 2025 - 10:00 a.m.
**PROCEEDING:** Hearing on All Pending Motions

---

Lawrence H. Cunningham, Clerk

By: /s/ Keah Marsh, Operations Manager

Date: September 15, 2025

To:    All Counsel and/or Parties of Record