IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

American Efficient LLC and Affirmed Energy LLC,

*Plaintiffs*,

v.

Federal Energy Regulatory Commission; Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, in their official capacities as Commissioners of the Federal Energy Regulatory Commission,

*Defendants*.

Case No. 1:25-cv-68

## CITIZENS UTILITY BOARD OF ILLINOIS'S
## ADDENDUM OF SUBSEQUENTLY DECIDED AUTHORITY

Pursuant to Local Rule 7.3(i) and in reference to the Citizens Utility Board of Illinois's ("CUB") Proposed Opposition to Plaintiffs' Motion for a Preliminary Injunction, CUB respectfully submits as subsequently decided authority the following cases:

- *Comcast Corp. v. U.S. Dep't of Labor*, No. 24-cv-1401, 2025 WL 2712424, at *7-*10 (E.D. Va. Sept. 23, 2025)

- *Verizon Commc'ns Inc. v. FCC*, --- F.4th ---, No. 24-1733, 2025 WL 2609127, at *14-*16 (2d Cir. Sept. 10, 2025)

- *Ortega v. Off. of the Comptroller of the Currency*, --- F.4th ---, No. 23-60617, 2025 WL 2588495, at *5-*11 (5th Cir. Sept. 8, 2025)

- *Manis v. USDA*, --- F. Supp. 3d. ----, No. 1:24-cv-175, 2025 WL 2404985, at *17-*20 (M.D.N.C. Aug. 19, 2025), *appeal filed*, No. 25-2001 (4th Cir.)

- *Sprint Corp. v. FCC*, --- F.4th ---, No. 24-1224, 2025 WL 2371009, at *6-*8 (D.C. Cir. Aug. 15, 2025)

- *Axalta Coating Sys. LLC v. FAA*, 144 F.4th 467, 473-77 (3d Cir. 2025)

- *But see Sun Valley Orchards, LLC v. U.S. Dep't of Labor*, 148 F.4th 121, 127-31 (3d Cir. 2025)

1

Copies of unpublished or not yet published decisions are attached as Exhibits A through E.

Respectfully submitted this 26th day of September, 2025.

/s/ *Christopher D. Eaton*
Christopher D. Eaton
N.C. Bar No. 57586
EARTHJUSTICE
810 Third Avenue
Suite 610
Seattle, WA 98104
(206) 343-7340
ceaton@earthjustice.org

Alexander Tom
EARTHJUSTICE
Cal. Bar No. 321256
50 California Street
Suite 500
San Francisco, CA 94111
(415) 217-2111
atom@earthjustice.org

Nick Lawton
D.C. Bar No. 1046604
EARTHJUSTICE
1001 G Street, NW
Suite 1000
Washington, DC 20001
(202) 780-4835
nlawton@earthjustice.org

Caroline A. Flynn
Cal. Bar No. 296691
EARTHJUSTICE
1001 G Street, NW
Suite 1000
Washington, DC 20011
(202) 797-4316
cflynn@earthjustice.org

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system.

Dated: September 26, 2025

Respectfully submitted,

*/s/ Caroline A. Flynn*
Caroline A. Flynn
Cal. Bar No. 296691
EARTHJUSTICE
1001 G Street, NW
Suite 1000
Washington, DC 20011
(202) 797-4316
cflynn@earthjustice.org