IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| American Efficient LLC and Affirmed Energy LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Federal Energy Regulatory Commission, Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, *in their official capacities as Commissioners of the Federal Energy Regulatory Commission*, <br><br> Defendants. | Case No. 1:25-CV-68 <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY HEARING** |

Plaintiffs oppose Defendants' Motion to Stay the Oct. 10, 2025 Hearing, Dkt. 37. Plaintiffs moved for a preliminary injunction on January 29, 2025, and briefing was completed on March 10, 2025, *see* Dkt. 25. As things currently stand, nothing prevents the Federal Energy Regulatory Commission from ruling on the penalty sought by FERC's Office of Enforcement, and if that request were granted, FERC's order would very likely sound plaintiffs' death knell. Plaintiffs therefore respectfully request that the Court not stay its hearing scheduled for October 10, 2025.

The Department of Justice's September 29, 2025, Contingency Plan, https://www.justice.gov/jmd/media/1377216/dl, expressly provides that "[i]f a court …

1

orders a case to continue," such order "would constitute express legal authorization" for the Department's attorneys to continue.

Respectfully submitted this 1st day of October 2025.

/s/ *Mark A. Hiller*

Mark A. Hiller
N.C. Bar No. 50004
Robinson, Bradshaw & Hinson, P.A.
1450 Raleigh Road
Suite 100
Chapel Hill, NC 27517
Phone: (919) 328-8800
mhiller@robinsonbradshaw.com

Cary B. Davis
N.C. Bar No. 36172
Robinson, Bradshaw & Hinson, P.A.
600 S. Tryon St.
Suite 2300
Charlotte, NC 28246
Phone: (704) 377-2536
cdavis@robinsonbradshaw.com

Seth P. Waxman[*]
Kelly P. Dunbar[*]
Wilmer Cutler Pickering
　Hale and Dorr LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Phone: (202) 663-6000
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
kelly.dunbar@wilmerhale.com

Suedeen G. Kelly[*]
John N. Estes, III[*]
Jenner & Block LLP
1099 New York Avenue N.W.
　Suite 900

Washington, D.C. 20001
Phone: (202) 639-6000
skelly@jenner.com
jestes@jenner.com

*Attorneys for Plaintiffs American Efficient LLC and Affirmed Energy LLC*

*Specially appearing pursuant to Local Rule 83.1(d)