# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| American Efficient LLC and Affirmed Energy LLC,<br><br>     Plaintiffs,<br><br>  v.<br><br>Federal Energy Regulatory Commission, Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, *in their official capacities as Commissioners of the Federal Energy Regulatory Commission*,<br><br>     Defendants. | Case No. 1:25-CV-68<br><br>**PLAINTIFFS' SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY** |

  Pursuant to Local Rule 7.3(i) and in reference to Plaintiffs' pending Motion for a Preliminary Injunction, Dkt. 2, and Memorandum in support of that Motion, Dkt. 3, Plaintiffs American Efficient LLC and Affirmed Energy LLC submit as subsequently decided authority *AT&T, Inc. v. FCC*, 149 F.4th 491 (5th Cir. 2025). The Fifth Circuit substituted this opinion for an earlier opinion that Plaintiffs had provided to this Court, *see* Dkt. 31. The revised opinion explains the court's rationale for the substitution at footnote 16.

  Respectfully submitted this 2nd day of October, 2025.

                   /s/ *Mark A. Hiller*
                   Mark A. Hiller
                   N.C. Bar No. 50004

1

Robinson, Bradshaw & Hinson, P.A.
1450 Raleigh Road
Suite 100
Chapel Hill, NC 27517
Phone: (919) 328-8800
mhiller@robinsonbradshaw.com

Cary B. Davis
N.C. Bar No. 36172
Robinson, Bradshaw & Hinson, P.A.
600 S. Tryon St.
Suite 2300
Charlotte, NC 28202
Phone: (704) 377-2536
cdavis@robinsonbradshaw.com

Seth P. Waxman[*]
Kelly P. Dunbar[*]
Wilmer Cutler Pickering
    Hale and Dorr LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Phone: (202) 663-6000
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
kelly.dunbar@wilmerhale.com

Suedeen G. Kelly[*]
John N. Estes, III[*]
Jenner & Block LLP
1099 New York Avenue N.W.
    Suite 900
Washington, D.C. 20001
Phone: (202) 639-6000
skelly@jenner.com
jestes@jenner.com

*Attorneys for Plaintiffs American Efficient LLC and Affirmed Energy LLC*

*Specially appearing pursuant to Local Rule 83.1(d)

2