IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMERICAN EFFICIENT LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> FEDERAL ENERGY REGULATORY ) <br> COMMISSION, et al., ) <br> ) <br> Defendants. ) | No: 1:25-CV-00068-TDS-JEP |

## DEFENDANTS' SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY

Pursuant to Local Rule 7.3(i) and in reference to Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction (ECF 19), Defendants respectfully submit as subsequently decided authority the following case, in addition to the cases identified by putative intervenor defendant Citizens Utility Board of Illinois at ECF 36:

- *Manis v. U.S. Dep't of Agriculture*, 2025 WL 2389422 (4th Cir. Aug. 18, 2025), *as amended* Aug. 21, 2025 (per curiam) (attached as **Exhibit A** hereto).

Dated: October 8, 2025

DAVID L. MORENOFF
Acting General Counsel

ROBERT H. SOLOMON
Solicitor

SUSANNA Y. CHU

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

1

JARED B. FISH
Attorneys

Federal Energy Regulatory Commission
888 First St. NE
Washington, D.C. 20426

CHRISTOPHER R. HALL
Assistant Director
Federal Programs Branch

*/s/ Marianne F. Kies*
MARIANNE F. KIES
DC Bar No. 1023554
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-1819
Email: Marianne.F.Kies@usdoj.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025, the foregoing and all attachments were electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

*/s/ Marianne F. Kies*
Marianne F. Kies