IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AMERICAN EFFICIENT LLC et al.,     )
                                   )
              Plaintiffs,          )
                                   )
         v.                        )          1:25CV68
                                   )
FEDERAL ENERGY REGULATORY          )
COMMISSION, et al.,                )
                                   )
              Defendants.          )

## ORDER

This matter is before the court on the Government Defendants' motion to stay and request for extension of time to respond to the complaint. (Doc. 46.) Defendant-Intervenor Citizens Utility Board of Illinois consents to this relief, and the Plaintiffs do not oppose a stay and take no position to extend the deadline to respond to the complaint. For good cause shown,

IT IS ORDERED that this matter is STAYED pending the Supreme Court's resolution of the petitions for writ of certiorari in: AT&T v. FCC, 149 F.4th 491 (5th Cir. 2025), cert. granted, No. 25-406, 2026 WL 73092 (Jan. 9, 2026); Verizon Commcn's Inc. v. FCC, 156 F.4th 86 (2d Cir. 2025), cert. granted, No. 25-567, 2026 WL 73090 (Jan. 9, 2026) (cases consolidated for briefing and oral argument); Slaughter v. Trump, 791 F. Supp. 3d 1 (D.D.C. 2025), cert. granted before judgment, No. 25-332, 146 S. Ct. 18 (Mem.) (Sep. 22, 2025).

IT IS FURTHER ORDERED that should Defendant Federal Energy

Regulatory Commission issue a penalty order against Plaintiffs before the Supreme Court resolves the pending cases noted above, Plaintiffs may seek relief from stay.

IT IS FURTHER ORDERED that the parties shall provide notice to the court upon issuance of a decision by the Supreme Court in the pending cases; and that should no decision issue from the Supreme Court by July 15, 2026, the parties shall provide the court a status report, at which time the court may consider whether or not to extend the stay.

/s/   Thomas D. Schroeder
United States District Judge

February 23, 2026