# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AMERICAN EFFICIENT LLC, et al., )
                                            )  
          Plaintiffs, )  
      v. )          No: 1:25-CV-00068-TDS-JEP  
                                              )  
FEDERAL ENERGY REGULATORY )  
COMMISSION, et al., )  
                                            )  
         Defendants. )

## GOVERNMENT DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to this Court's February 23, 2026, Order, ECF 47, Government Defendants hereby notify the Court of issuance of a decision by the Supreme Court on writ of certiorari in *AT&T v. FCC*, 149 F.4th 491 (5th Cir. 2025), *cert. granted*, No. 25-406, 2026 WL 73092 (Jan. 9, 2026) and *Verizon Commcn's Inc. v. FCC*, 156 F.4th 86 (2d Cir. 2025), *cert. granted*, No. 25-567, 2026 WL 73090 (Jan. 9, 2026) (cases consolidated for briefing and oral argument). The Supreme Court's decision, issued today, is available at 2026 WL 1593357 and is further attached for the Court's convenience.

In an opinion authored by Chief Justice Roberts (with a dissenting opinion by Justice Thomas), the Supreme Court affirmed the decision of the Second Circuit, and reversed the decision of the Fifth Circuit, both concerning an analogous FCC statutory penalty scheme. The Supreme Court held that "[i]t does not offend the Constitution for the [FCC] to issue forfeiture orders without the involvement of a jury," where "[t]he Government cannot collect before it successfully proves its case to a jury." 2026 WL 1593357, at *6–7.

Dated: June 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

*/s/ Marianne F. Kies*
CHRISTOPHER R. HALL
MARIANNE F. KIES
DC Bar No. 1023554
Assistant Directors

PATRICK KEATING
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-1819
Email: Marianne.F.Kies@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

*/s/ Marianne F. Kies*
Marianne F. Kies

3