**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

AMERICAN EFFICIENT LLC, et al.,　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs,　　　　)
　　　　v.　　　　　　　　　　　　)　　　No: 1:25-CV-00068-TDS-JEP
　　　　　　　　　　　　　　　　)
FEDERAL ENERGY REGULATORY　　)
COMMISSION, *et al.*,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　)

## <u>NOTICE OF WITHDRAWAL</u>

Pursuant to Local Civil Rule 83.1(e)(1), please withdraw the appearance of Marianne F. Kies as counsel for Government Defendants in the above-captioned matter, i.e.: The Federal Energy Regulatory Commission ("FERC"); and FERC Commissioners Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, in their official capacities. <u>The Government Defendants will continue to be represented by Trial Attorney Patrick Keating, who has entered his appearance.</u>

Dated: June 8, 2026　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　*/s/ Marianne F. Kies*
　　　　　　　　　　　　　　　　　CHRISTOPHER R. HALL
　　　　　　　　　　　　　　　　　MARIANNE F. KIES
　　　　　　　　　　　　　　　　　DC Bar No. 1023554
　　　　　　　　　　　　　　　　　Assistant Directors

　　　　　　　　　　　　　　　　　PATRICK KEATING
　　　　　　　　　　　　　　　　　Trial Attorney

1

Federal Programs Branch
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-1819
Email: Marianne.F.Kies@usdoj.gov

*Counsel for Government Defendants*

2

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

*/s/ Marianne F. Kies*
Marianne F. Kies

3