# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AMERICAN EFFICIENT LLC, et al.,      )
                                     )
              Plaintiffs,            )
       v.                            )          No: 1:25-CV-00068-TDS-JEP
                                     )
FEDERAL ENERGY REGULATORY            )
COMMISSION, *et al.*,                )
                                     )
              Defendants.            )

## **MOTION FOR WITHDRAWAL**

Pursuant to Local Civil Rule 83.1(e)(1) and (e)(2), and ECF 51, Marianne F. Kies respectfully moves to withdraw as counsel for Government Defendants in the above-captioned matter, i.e.: The Federal Energy Regulatory Commission ("FERC"); and FERC Commissioners Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, in their official capacities. Ms. Kies has assumed a new role in the Federal Programs Branch at the Department of Justice. <u>The Government Defendants will continue to be represented by Trial Attorney Patrick Keating, who has entered his appearance</u>.

Dated: June 18, 2026                     Respectfully submitted,

                                         BRETT A. SHUMATE
                                         Assistant Attorney General
                                         Civil Division

                                         */s/ Marianne F. Kies*
                                         CHRISTOPHER R. HALL
                                         MARIANNE F. KIES
                                         DC Bar No. 1023554
                                         Assistant Branch Directors

1

PATRICK KEATING
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-1819
Email: Marianne.F.Kies@usdoj.gov

*Counsel for Government Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

The undersigned will further serve this motion electronically on client Defendant Federal Energy Regulatory Commission ("FERC"), via FERC counsel:

SUSANNA Y. CHU, Attorney

Federal Energy Regulatory Commission

888 First St. NE

Washington, D.C. 20426

Respectfully submitted,

*/s/ Marianne F. Kies*
Marianne F. Kies

3