# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| American Efficient LLC and Affirmed Energy LLC,<br><br>          Plaintiffs,<br><br>      v.<br><br>Federal Energy Regulatory Commission, Laura V. Swett, David Rosner, Lindsay S. See, Judy W. Chang, and David A. LaCerte, *in their official capacities as Commissioners of the Federal Energy Regulatory Commission*,<br><br>          Defendants,<br><br>and<br><br>Citizens Utility Board of Illinois,<br><br>          Intervenors. | Case No. 1:25-CV-00068-TDS-JEP<br><br><br>**NOTICE OF SUPPLEMENTAL<br>AUTHORITY** |

Pursuant to this Court's February 23, 2026, Order, ECF 47, Plaintiffs hereby notify the Court of issuance of a decision by the Supreme Court on writ of certiorari in *Trump v. Slaughter*, 791 F. Supp. 3d 1 (D.D.C. 2025), *cert. granted*, No. 25-332, 146 S. Ct. 18 (Mem.) (Sep. 22, 2025).  The Supreme Court's decision, issued on June 29, is available at 2026 WL 1855612 and is further attached for the Court's convenience.

1

In an opinion authored by Justice Roberts, the Supreme Court overruled *Humphrey's Executor v. United States*, 295 U.S. 602 (1935), holding that agencies that exercise any executive authority may not be shielded from the President's removal authority. Slip Op. at 21. Accordingly, the Court held that the Federal Trade Commission Act's for-cause removal provision is "contrary to the separation of powers enshrined in the Constitution," Slip Op. at 2.

Plaintiffs are evaluating next steps in this litigation in light of the Supreme Court's recent rulings and will follow up with a status report in due course.

Respectfully submitted this 6th day of July, 2026.

/s/ *Mark A. Hiller*

Mark A. Hiller
N.C. Bar No. 50004
Robinson, Bradshaw & Hinson, P.A.
1450 Raleigh Road
Suite 100
Chapel Hill, NC 27517
Phone: (919) 328-8800
mhiller@robinsonbradshaw.com

Cary B. Davis
N.C. Bar No. 36172
Robinson, Bradshaw & Hinson, P.A.
600 S. Tryon St.
Suite 2300
Charlotte, NC 28246
Phone: (704) 377-2536
cdavis@robinsonbradshaw.com

2

Seth P. Waxman[*]
Kelly P. Dunbar[*]
Wilmer Cutler Pickering
   Hale and Dorr LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Phone: (202) 663-6000
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
kelly.dunbar@wilmerhale.com

Suedeen G. Kelly[*]
John N. Estes, III[*]
Jenner & Block LLP
1099 New York Avenue N.W.
   Suite 900
Washington, D.C. 20001
Phone: (202) 639-6000
skelly@jenner.com
jestes@jenner.com

*Attorneys for Plaintiffs American Efficient
LLC and Affirmed Energy LLC*

*Specially appearing pursuant to Local Rule
83.1(d)

3